IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE THE MATTER OF IMI FABI LLC'S APPLICATION TO QUASH THE DECEMBER 1, 2005 SUBPOENA DUCES TECUM ISSUED BY LUZENAC AMERICA, INC. | Civil Action No. 5:05-MC-115 (FJS/DEP)<br><br>Colorado Civil Action No.: 04-CV-1961 (LTB/CBS) |

## ORDER GRANTING LEAVE TO APPEAR PRO HAC VICE

Presently before the Court is a motion brought by Hancock & Estabrook, LLP and Davis Graham & Stubbs LLP for Luzenac America, Inc. ("Luzenac"), seeking an order granting leave to permit Janet A. Savage, Andrew M. Low and Stephanie A. Ries to appear as counsel on behalf of Luzenac *pro hac vice*. Having considered the papers submitted, and good cause being shown, it is hereby

**ORDERED**, that Luzenac's motion is granted; and it is further

**ORDERED**, that Janet A. Savage, Andrew M. Low and Stephanie A. Ries be and are hereby admitted to the bar of this Court *pro hac vice* to represent Luzenac for all purposes in this proceeding in conjunction with Hancock & Estabrook, LLP.

Dated: January 13, 2006

David E. Peebles
United States Magistrate Judge

{H0557752.1}